ALEXANDER HERNAEZ (SBN 201441)
AHernaez@FoxRothschild.com
MITCHELL R. VANLANDINGHAM (SBN 324778)
MVanLandingham@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:    415.364.5540
Facsimile:    415.391.4436

Attorneys for Defendants
SUTTER HEALTH, SUTTER VALLEY MEDICAL
FOUNDATION, and SUTTER VALLEY
HOSPITALS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHEN NOBLE, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>GOULD MEDICAL GROUP, INC.; SUTTER GOULD MEDICAL FOUNDATION; SUTTER VALLEY MEDICAL FOUNDATION, INC.; SUTTER HEALTH; SUTTER MEMORIAL MEDICAL CENTER; LIT K. FUNG, M.D.; AND DOES 1-100,<br><br>Defendants. | Case No. 2:21-CV-01433-MCE-CKD<br><br>**Assigned to the Hon. Morrison C. England, Jr.**<br><br>**ORDER RE: EXTENSION OF TIME TO RESPOND**<br><br>Filed Concurrently with Proposed Order |

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of

California, and having reviewed the stipulation of Plaintiff STEPHEN NOBLE, M.D.

("Plaintiff"); Defendants SUTTER HEALTH, SUTTER VALLEY MEDICAL FOUNDATION

(sued as "Sutter Gould Medical Foundation" and "Sutter Valley Medical Foundation, Inc."), and

SUTTER VALLEY HOSPITALS (sued as "Sutter Memorial Medical Center") (collectively, the

1

128288592.1

1   "Sutter Entities"); Defendant LIT K. FUNG, M.D. ("Fung"); and Defendant THE GOULD

2   MEDICAL GROUP, INC. ("GMG"), the Court GRANTS the parties' stipulation and approves

3   the extension of time until January 10, 2022, for the Sutter Entities, Fung, and GMG to file

4   responses to Plaintiff's First Amended Complaint.

5         IT IS SO ORDERED.

6

7   Dated:  December 3, 2021

8                                                                 _____

9                                                                 MORRISON C. ENGLAND, JR.
                                                                  SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER RE: EXTENSION OF TIME TO RESPOND

128288592.1