| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| 2 | CARLA J. HARTLEY (SBN 117213)<br>CYNTHIA C. CHEUNG (SBN 320767) |
| 3 | 601 Montgomery Street, Suite 1900<br>San Francisco, California 94111 |
| 4 | Telephone:    (415) 397-2700<br>Facsimile:    (415) 397-3300 |
| 5 | cjh@dillinghammurphy.com<br>ccc@dillinghammurphy.com |
| 6 | |
| 7 | Attorneys for Defendant<br>The Gould Medical Group, Inc. |

IN THE UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STEPHEN NOBLE, M.D.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GOULD MEDICAL GROUP, INC., SUTTER GOULD MEDICAL FOUNDATION, SUTTER VALLEY MEDICAL FOUNDATION, INC., SUTTER HEALTH, SUTTER MEMORIAL MEDICAL CENTER, LIT K, FUNG, M.D., AND DOES 1-100<br><br>　　　　　Defendants. | Case No. 2:21-CV-01433-MCE-CKD<br><br>**ORDER RE: EXTENSION OF TIME FOR DEFENDANT THE GOULD MEDICAL GROUP, INC. TO RESPOND TO PLAINTIFF STEPHEN NOBLE, M.D.'S FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, and having reviewed the stipulation of Plaintiff STEPHEN NOBLE, M.D. and Defendant THE GOULD MEDICAL GROUP, INC. ("GMG"), erroneously named herein as

///

///

///

Page 1 - Case No. 2:21-CV-01433-MCE-CKD
ORDER RE: EXTENSION OF TIME FOR DEFENDANT THE GOULD MEDICAL GROUP, INC. TO RESPOND TO PLAINTIFF STEPHEN NOBLE, M.D.'S FIRST AMENDED COMPLAINT

1  GOULD MEDICAL GROUP, INC., the Court approves the extension of time until January 21,

2  2022, for GMG to file a response to Plaintiff's First Amended Complaint.

3       IT IS SO ORDERED.

4  Dated: January 10, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE