MARK S. POSARD (SBN: 208790)
PATRICK C. CROWL (SBN: 313735)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402
mposard@grsm.com
pcrowl@grsm.com

Attorneys for Defendant
LIT K. FUNG, M.D.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| STEPHEN NOBLE, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> GOULD MEDICAL GROUP, INC., SUTTER GOULD MEDICAL FOUNDATION, SUTTER VALLEY MEDICAL FOUNDATION, INC., SUTTER HEALTH, SUTTER MEMORIAL MEDICAL CENTER, LIT K. FUNG, M.D., AND DOES 1-100, <br><br> Defendants. | CASE NO. 2:21−CV−01433−MCE−CKD <br><br> **ORDER RE: EXTENSION OF TIME FOR DEFENDANT LIT K. FUNG TO RESPOND TO PLAINTIFF STEPHEN NOBLE, M.D.'S FIRST AMENDED COMPLAINT** <br><br> Complaint filed:  August 11, 2021 <br> Trial date: Not Set |

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, and having reviewed the stipulation of Plaintiff STEPHEN NOBLE, M.D. and Defendant LIT K. FUNG, M.D. ("Defendant"), the Court approves the extension of time until January 21, 2022, for Defendant to file a response to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

DATED:  January 12, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

-1-
ORDER RE: EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT