# UNITED STATES DISTRICT COURT

Eastern District of California

STEPHEN NOBLE, M.D.
                Plaintiff(s),
V.
SUtTER HEALTH, et al.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-cv-01433-MCE-CK

Notice is hereby given that, subject to approval by the court, **Stephen Noble, M.D.** (Party(s) Name) substitutes **Richard A. Hoyer** (Name of New Attorney), State Bar No. **151931** as counsel of record in place of **Daniel Horowitz and Charles Bond** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Hoyer & Hicks
    Address: 4 Embarcadero Ctr., Suite 1400, San Francisco, CA 94111
    Telephone: (415) 766-3539      Facsimile: (415) 276-1738
    E-Mail (Optional): rhoyer@hoyerlaw.com

I consent to the above substitution.
Date: 4/19/2022
                _Stephen Noble (Apr 19, 2022 10:53 PDT)_
                (Signature of Party(s))

I consent to being substituted.
Date: 4/11/2022
                Charles Bond / Daniel Horowitz
                (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/13/2022
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# Horowitz and Bond Signed Substitution

Final Audit Report    2022-04-19

| | |
|---|---|
| Created: | 2022-04-19 |
| By: | Ryan Hicks (rhicks@hoyerlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArhbOiToka_pgURTAdrpsgJ26KDbG55HP |

## "Horowitz and Bond Signed Substitution" History

- Document created by Ryan Hicks (rhicks@hoyerlaw.com)
  2022-04-19 - 4:19:07 PM GMT- IP address: 205.209.24.211

- Document emailed to Stephen Noble (stephen.l.noble@gmail.com) for signature
  2022-04-19 - 4:19:30 PM GMT

- Email viewed by Stephen Noble (stephen.l.noble@gmail.com)
  2022-04-19 - 5:07:21 PM GMT- IP address: 104.28.116.44

- Document e-signed by Stephen Noble (stephen.l.noble@gmail.com)
  Signature Date: 2022-04-19 - 5:53:04 PM GMT - Time Source: server- IP address: 76.105.180.240

- Agreement completed.
  2022-04-19 - 5:53:04 PM GMT

![Adobe Acrobat Sign]