# UNITED STATES DISTRICT COURT

Eastern **District of** California

STEPHEN NOBLE, M.D.
Plaintiff(s),

V.

SUtTER HEALTH, et al.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-cv-01433-MCE-CK

Notice is hereby given that, subject to approval by the court, **Stephen Noble, M.D.** (Party(s) Name) substitutes **Richard A. Hoyer** (Name of New Attorney), State Bar No. **151931** as counsel of record in place of **Daniel Horowitz and Karina Johnson** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Hoyer & Hicks
Address: 4 Embarcadero Ctr., Suite 1400, San Francisco, CA 94111
Telephone: (415) 766-3539   Facsimile (415) 276-1738
E-Mail (Optional): rhoyer@hoyerlaw.com

I consent to the above substitution.
Date: 4/19/2022

*Stephen Noble (Apr 19, 2022 10:52 PDT)*
(Signature of Party(s))

I consent to being substituted.
Date: 4/11/2022

Karina A. Johnson — Digitally signed by Karina A. Johnson, Date: 2022.04.12 10:04:33 -07'00'
Daniel Horowitz — Digitally signed by Daniel Horowitz, DN: cn=Daniel Horowitz, o=Law Office of Daniel Horowitz, ou, email=Horowitz57@gmail.com, c=US, Date: 2022.04.11 13:26:00 -07'00'
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/14/2022

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# Johnson Signed Substitution

Final Audit Report　　　　　　　　　　　　　　　　　　　　　　　　　2022-04-19

| | |
|---|---|
| Created: | 2022-04-19 |
| By: | Ryan Hicks (rhicks@hoyerlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATFN7RiqSGPGR9DnKHIUUKr2EOjywzYAy |

## "Johnson Signed Substitution" History

- Document created by Ryan Hicks (rhicks@hoyerlaw.com)
  2022-04-19 - 4:18:07 PM GMT- IP address: 205.209.24.211

- Document emailed to Stephen Noble (stephen.l.noble@gmail.com) for signature
  2022-04-19 - 4:18:41 PM GMT

- Email viewed by Stephen Noble (stephen.l.noble@gmail.com)
  2022-04-19 - 5:07:21 PM GMT- IP address: 104.28.116.44

- Document e-signed by Stephen Noble (stephen.l.noble@gmail.com)
  Signature Date: 2022-04-19 - 5:52:33 PM GMT - Time Source: server- IP address: 76.105.180.240

- Agreement completed.
  2022-04-19 - 5:52:33 PM GMT

Adobe Acrobat Sign