| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | CARLA J. HARTLEY (SBN 117213) |
| 2 | CYNTHIA C. CHEUNG (SBN 320767) |
| 3 | 155 Sansome Street, Suite 700 |
| | San Francisco, California 94104 |
| 4 | Telephone:    (415) 397-2700 |
| | Facsimile:     (415) 397-3300 |
| 5 | cjh@dillinghammurphy.com |
| | ccc@dillinghammurphy.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | The Gould Medical Group, Inc. |

IN THE UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STEPHEN NOBLE, M.D., | Case No. 2:21-CV-01433-MCE-CKD |
| Plaintiff, | **ORDER RE: DEADLINE TO CLOSE DISCOVERY** |
| v. | |
| GOULD MEDICAL GROUP, INC., SUTTER GOULD MEDICAL FOUNDATION, SUTTER VALLEY MEDICAL FOUNDATION, INC., SUTTER HEALTH, SUTTER MEMORIAL MEDICAL CENTER, LIT K, FUNG, M.D., AND DOES 1-100, | |
| Defendants. | |

Having reviewed the foregoing stipulation of Plaintiff STEPHEN NOBLE, M.D., Defendant THE GOULD MEDICAL GROUP, INC. (sued herein as "Gould Medical Group, Inc."), and Defendant LIT K. FUNG, M.D., and good cause appearing, the Court hereby GRANTS the Stipulating Parties' joint request and ORDERS the following:

///

///

Page 1 - Case No. 2:21-CV-01433-MCE-CKD
STIPULATION RE: DEADLINE TO COMPLETE DISCOVERY

1. Notwithstanding Section III of the August 12, 2021 Initial Pretrial Scheduling Order, all discovery, with the exception of expert discovery, shall be completed no later than January 19, 2024.
2. All other deadlines in the August 12, 2021 Initial Pretrial Scheduling Order remain effective.

IT IS SO ORDERED.

DATED: January 30, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE