| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | CARLA J. HARTLEY (SBN 117213) |
| 2 | CYNTHIA C. CHEUNG (SBN 320767) |
| 3 | 155 Sansome Street, Suite 700 |
| | San Francisco, California 94104 |
| 4 | Telephone:    (415) 397-2700 |
| | Facsimile:     (415) 397-3300 |
| 5 | cjh@dillinghammurphy.com |
| 6 | ccc@dillinghammurphy.com |
| 7 | Attorneys for Defendant |
| | The Gould Medical Group, Inc. |

IN THE UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STEPHEN NOBLE, M.D., | Case No. 2:21-CV-01433-MCE-CKD |
| Plaintiff, | **MUTUAL STIPULATION OF DISMISSAL** |
| v. | |
| GOULD MEDICAL GROUP, INC., SUTTER GOULD MEDICAL FOUNDATION, SUTTER VALLEY MEDICAL FOUNDATION, INC., SUTTER HEALTH, SUTTER MEMORIAL MEDICAL CENTER, LIT K, FUNG, M.D., AND DOES 1-100, | |
| Defendants. | |

Based upon the resolution of all claims between Plaintiff STEPHEN NOBLE, M.D. ("Plaintiff"), Defendant THE GOULD MEDICAL GROUP, INC. ("GMG") (sued herein as "Gould Medical Group, Inc."), and Defendant LIT K. FUNG, M.D. ("Dr. Fung") (Plaintiff, GMG, and Dr. Fung collectively, the "Parties"), the Parties agree to the following:

//

//

IT IS HEREBY STIPULATED by and between the Parties through their designated counsel that the entire above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party is to bear its own costs and fees.

**IT IS SO STIPULATED.**

Date: December 21, 2023

HOYER & HICKS

By: _____
Ryan L. Hicks
Attorneys for Plaintiff
Stephen Noble, M.D.

Date: January 18, 2024

DILLINGHAM & MURPHY, LLP

By: _____
Carla J. Hartley
Cynthia C. Cheung
Attorneys for Defendant The Gould Medical Group, Inc.

Date: December 27, 2023

GORDON REES SCULLY MANSUKHANI

By: _____
Jennifer M. Holly
Attorneys for Defendant Lit K. Fung, M.D.